UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                              Plaintiff,

              – against –

DEMETRIO HERNANDEZ,

                              Defendant.

**ORDER**

98 Crim. 968-2 (ER)

RAMOS, D.J.:

The Court is in receipt of Hernandez's Reply to the Government's opposition to his motion for compassionate release. Doc. 121. Hernandez is advised that his motion was denied on July 6, 2020. Doc. 120. A copy of this Order, enclosing the Order denying his motion for compassionate release, will be mailed to Hernandez.

SO ORDERED.

Dated:    July 30, 2020
             New York, New York

_____
EDGARDO RAMOS, U.S.D.J.