UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DEMETRIO HERNANDEZ,<br><br>                    Defendant. | **ORDER**<br><br>98 Cr. 968-2 (ER) |

Ramos, D.J.:

    The C.J.A. attorney assigned to receive cases on this day, **Jason E. Foy**, is hereby ordered to assume representation of the defendant in the above captioned matter.

SO ORDERED.

Dated: New York, New York
       June 26, 2024

                                                 Edgardo Ramos, U.S.D.J.