UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

– against –

DEMETRIO HERNANDEZ,

                Defendant.

**ORDER**

98-cr-00968 (ER)

RAMOS, D.J.:

      On June 26, 2024, the Court appointed counsel for Demetrio Hernandez in connection with his pending motions for a sentence reduction. Doc. 137. The Court extended the government's time to respond until after counsel for Hernandez files an updated motion. Doc. 138. Counsel for Hernandez has not yet filed any such motion.

      Accordingly, by September 3, 2024, counsel for Hernandez is directed to submit a status report advising the Court whether he intends to file any updated motions or supplemental briefs.

      SO ORDERED.

Dated:  August 26, 2024
           New York, New York

                                                  Edgardo Ramos, U.S.D.J.