UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

– against –

DEMETRIO HERNANDEZ,

                Defendant.

**ORDER**

98-cr-00968 (ER)

Ramos, D.J.:

Hernandez's reply in connection with his pending motions for a sentence reduction was due on October 8, 2024. No reply has been filed. Counsel for Hernandez shall file any reply by November 4, 2024. Otherwise, the Court will consider the motions fully briefed.

SO ORDERED.

Dated: October 28, 2024
          New York, New York

                                                    Edgardo Ramos, U.S.D.J.